JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIHN THANM LAM, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC doing business as Shellpoint Mortgage Servicing, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-01800- TJH-KES<br><br>**ORDER ON DISMISSAL [28]** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 2, 2025

Terry J. Hatter, Jr.
United States District Judge

1
ORDER ON DISMISSAL